**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover                    Date: October 5, 2009
Court Reporter:       Paul Zuckerman

Civil Action No. 09-cr-00207-MSK

_Parties_:                                          _Counsel Appearing:_

UNITED STATES OF AMERICA,                           Wayne Campbell

        Plaintiff,

v.

LLUVIA DAWN CROFTS,                                 Harvey Steinberg

        Defendant.

---

**COURTROOM MINUTES**

---

HEARING:    Motions and Suppression

**2:22 p.m.        Court in session.**

The Court addresses Defendant's Motion for Notice of Intent to Use Evidence **(Doc. #24).**

The parties agree the motion is now moot.

**ORDER:**        Defendant's Motion for Notice of Intent to Use Evidence (**Doc. #24**) is **DENIED as moot.**

The Court addresses Defendant's Motion for 404(b) Evidence (**Doc. #25**).

The parties agree the motion is now moot.

**ORDER**:        Defendant's Motion for 404(b) Evidence (**Doc. #25) is DENIED as moot**.

Judge Marcia S. Krieger
Courtroom Minutes
Page 2

The Court addresses Defendant's Motion for Intent to Offer Rule 807 Evidence *(***Doc. #26***)*.

The parties agree the motion is now moot.

**ORDER:**     Defendant's Motion for Intent to Offer Rule 807 Evidence (**Doc. #26**) **is DENIED** as moot.

The Court addresses Defendant's Motion for Release of Brady Materials (**Doc. #27**).

**ORDER:**     Defendant's Motion for Release of Brady Materials (**Doc. #27**) **is GRANTED**.

The Court addresses Defendant's Motion to Disclose Identities of Informants (**Doc. #28**).

**ORDER:**     Defendant's Motion to Disclose Identities of Informants (**Doc. #28**) **is DENIED** as moot.

The Court addresses Defendant's Motion for Disclosure of Promises of Immunity (**Doc. #29**).

The Government has confessed the motion.

**ORDER:**     Defendant's Motion for Disclosure of Promises of Immunity (**Doc. #29**) is **GRANTED.**

The Court addresses Defendant's Motion for Disclosure of Intent to Call Experts (**Doc. #30**).

Statements from counsel.

**ORDER:**     The Government will supplement its expert disclosure under Rule 16 by **October 15, 2009.**  Defendant will evaluate the supplementation, and if necessary, the parties will file a joint 702 motion by **October 30, 2009** and advise the Court how much time is necessary for the hearing in that motion.

Defendant orally moves to continue the suppression hearing.  The Government has no objection.

**ORDER:**     The suppression hearing is continued to **December 2, 2009 at 1:30 p.m..**  The Government will respond to defendant's Motion to Suppress (**Doc. #32**) by **October 19, 2009.**

**ORDER:**     The trial date currently scheduled on **October 13, 2009 at 8:30 a.m.** and the Final Trial Preparation conference scheduled for **October 9, 2009 at 4:00 p.m.** are both **VACATED** and will not be rescheduled at this time.

Courtroom Minutes
Judge Marcia S. Krieger
Page 3

**2:56 p.m.        Court in recess.**

**Total Time:    34 minutes.**
**Hearing concluded.**